**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patricia A. Flack<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7503<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–17809–MBK | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patricia A. Flack

11/7/19                                                    **By the court:** Michael B. Kaplan
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia A. Flack  
    Debtor

Case No. 14-17809-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Nov 07, 2019  
                Form ID: 3180W     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.

```
db              +Patricia A. Flack,    3 Hegel Place,    Port Monmouth, NJ 07758-1656
514898869       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
514909607       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
514905377       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
514729188        GM Platinum Master Card,    Capital One Card Services,    PO Box 80082,    Salinas, CA 93912-0082
514729190       +IDT Energy,    550 Broad St.,    Newark, NJ 07102-4549
514729191        JCP&L First Energy,    Main Street,    A-RPC,    Akron, OH 44308-1890
514729192       +Twp of Middletown Comm Dev,    Administration Bldg - CDP,    1 Kings Highway,
                  Middletown, NJ 07748-2502
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2019 00:06:58     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2019 00:06:56     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
514729184        EDI: CITICORP.COM Nov 08 2019 04:28:00      AT&T Universal Card,    PO Box 6500,
                  Sioux Falls, SD 57117-6500
514729183        EDI: AMEREXPR.COM Nov 08 2019 04:28:00      American Express,    PO Box 981535,
                  El Paso, TX 79998-1535
514878267        EDI: BECKLEE.COM Nov 08 2019 04:23:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                  POB 3001,    Malvern, PA 19355-0701
514729185        EDI: BANKAMER.COM Nov 08 2019 04:28:00      Bank of America,    PO Box 982235,
                  El Paso, TX 79998-2235
514729186       +EDI: BANKAMER.COM Nov 08 2019 04:28:00      Bank of America,    PO Box 45224,
                  Jacksonville, FL 32232-5224
514807673        EDI: BANKAMER.COM Nov 08 2019 04:28:00      Bank of America, N.A.,    NC4-105-02-99,
                  PO Box 26012,    Greensboro, NC 27420-6012
514729187        EDI: DISCOVER.COM Nov 08 2019 04:28:00      Discover,    PO Box 30943,    Salt Lake City, UT 84130
514741632        EDI: DISCOVER.COM Nov 08 2019 04:28:00      Discover Bank,    DB Servicing Corporation,
                  PO Box 3025,    New Albany, OH  43054-3025
514729189        E-mail/Text: bankruptcy.bnc@ditech.com Nov 08 2019 00:06:31     Green Tree Servicing LLC,
                  Att: Bankruptcy,    PO Box 6154,    Rapid City, SD 57709-6154
515014930       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 08 2019 00:06:31     Green Tree Servicing, LLC,
                  PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
514838342        EDI: Q3G.COM Nov 08 2019 04:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
                                                                                                TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514844083      ##+JCP&L,    331 Newman Springs Road, Bldg. 3,    Red Bank, NJ 07701-6771
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Nov 07, 2019
                              Form ID: 3180W           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:

```
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com
              Warren  Brumel    on behalf of Debtor Patricia A. Flack wbrumel@keyportlaw.com,
               brumellawecf@gmail.com;wbrumel@keyportlaw.com
                                                                                             TOTAL: 5
```